# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2021

162307

LAPEER PLATING & PLASTICS, INC.,
  Plaintiff/Counterdefendant-
  Appellee,

v

GLOBAL PARTS, INC.,
  Defendant/Counterplaintiff-
  Appellant.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162307
COA: 354215
Oakland CC: 2018-165832-CB

On order of the Court, the application for leave to appeal the October 22, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



b0512

Clerk